Case 1:11-cv-05856-BMC   Document 12   Filed 03/14/12   Page 1 of 1 PageID #: 46

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 14 2012
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK ALLEN,

                    Plaintiff,

-against-

UNITED PARCEL SERVICE, INC.; LOCAL
UNION 804 (JOHN LORIA, AL FALCO, TIM
ALQUIST, TIM SYLVESTER, DAVID FENNEL,
PETER MASTRANDEA, STEVE AUZ),

                    Defendants.
-----------------------------------------------------------X

JUDGMENT
11-CV- 5856 (BMC)

      A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on March 11, 2012, dismissing the action without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum Decision and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that the action is dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum Decision and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       March 12, 2012

                                          DOUGLAS C. PALMER
                                          Clerk of Court